**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| RANDY E. WAID, | : | No. 4 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MCKEAN COUNTY COMMON PLEAS COURT, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of March, 2019, the Application for Leave to File Original Process is GRANTED, and the Writ of Mandamus is DENIED.